UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOHAMED NAJEM MOHAMED NAJEM,

Petitioner,

Case No. 2:26-cv-13535

v.

Honorable Susan K. DeClercq
United States District Judge

ROBERT LYNCH, et al.,

Respondents.

______________________________________/

## OPINION AND ORDER DISMISSING AS MOOT PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1) AND CLOSING THE CASE

In September 2026, Petitioner Mohamed Najem Mohamed Najem filed a petition for a writ of habeas corpus, seeking a bond hearing. On October 30, 2026, this Court granted Najem's petition and ordered Respondent Robert Lynch to provide Najem with a bond hearing. *See* ECF No. 8 at PageID.111. That hearing was conducted on November 6, 2026. ECF No. 9 at PageID.113. Therefore, this Court finds that Najem's habeas corpus petition is now moot.

Accordingly, it is **ORDERED** that Petitioner's Petition for Writ of Habeas Corpus, ECF No. 1, is **DISMISSED** as moot.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: November 18, 2026